Probation Form No. 35 (1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MAR 27 2008

**FILED**

UNITED STATES OF AMERICA

v.

Crim. No. 05-270-01-JD

Mark Brunelle   DOB 3/5/1960

On June 27, 2006, the above-named individual was placed on probation for a period of three years. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Mark Brunelle be discharged from probation at this time.

Respectfully submitted,

Timothy J. Brown
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 19th day of February, 2008.

Joseph A. DiClerico Jr.
Chief U.S. District Court Judge